**Order filed June 26, 2018.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-18-00389-CV**

_____

**IN THE INTEREST OF M.R., A CHILD**

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2016-04856J**

## ORDER

Appellant's, A.R.'s, brief was due **June 12, 2018.** No brief or motion for extension of time has been filed.

Unless appellant, A.R., files a brief on or before **July 6, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM